**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**OMAR GUTIERREZ,**

    **Petitioner,**

    **v.**

**WARDEN, DELAWARE COUNTY JAIL,**

    **Respondent.**

    **CASE NO. 2:17-CV-1119
JUDGE GEORGE C. SMITH
Magistrate Judge Chelsey M. Vascura**

**ORDER**

The Clerk of Court is **DIRECTED** to serve the *Petition* and this *Order* on Respondent and the Attorney General of Ohio, Habeas Corpus Unit of the Corrections Litigation Section, c/o Brian.Higgins@ohioattorneygeneral.gov and Habeas.docketclerk@ohioattorneygeneral.gov.

Respondent is **ORDERED** to respond to the *Petition* in accordance with the Rules governing Section 2254 Cases in the United States District Courts within sixty (60) days of the date of this *Order*.

Respondent must file those portions of the state court record that are needed to adjudicate this action. When the record is filed electronically, the Court's CM/ECF filing system will affix a unique PageID number to each page of the record, which will be displayed in the upper right-hand corner of the page. All papers thereafter filed in the case by either party shall include the record reference to the PageID number. Respondent's counsel must assure, when the page is filed, that any borders on parts of the record (typically, court reporter transcripts) do not obscure the PageID number. The record shall be indexed by the insertion of "bookmarks," which display

each exhibit and the name of that exhibit in the record, in the .pdf version of the state-court record uploaded to the Court's CM/ECF system.

Petitioner may have twenty-one (21) days thereafter to file a reply to the Respondent's answer or other response to the Petition.

**IT IS SO ORDERED**.

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE